# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

SANTANA CLINE,

        Plaintiff,

v.                         CIVIL ACTION NO. 3:17-2975

HSBC BANK USA, N.A., et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Plaintiff's motion for the entry of default (ECF No. 22); grant HSBC's motion in opposition to the entry of default and request for leave to file a response to the complaint (ECF No. 27); and accept the Motion to Dismiss filed by HSBC on October 2, 2017, as properly pending (ECF No. 29). Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's motion for the entry of default (ECF No. 22); **GRANTS** HSBC's motion in opposition to the entry of default and request for leave to file a response to the complaint (ECF No. 27); and **ACCEPTS** the Motion to Dismiss filed by HSBC

on October 2, 2017, as properly pending (ECF No. 29), consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: November 21, 2017

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE